UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASCENTIUM CAPITAL LLC,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 22 Civ. 7416 (LJL) (SLC)

KATHRYN ALCAREZ,                  **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone conference scheduled for January 12, 2023 at 5:00 pm is ADJOURNED sine die. By **January 13, 2023**, the parties shall file a letter reporting on the status of their settlement agreement and advising whether they wish for the Court to re-schedule the telephone conference.

Dated:       New York, New York
               January 11, 2023

                                                 SO ORDERED.

                                                 _____
                                                 SARAH L. CAVE
                                                 **United States Magistrate Judge**