UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASCENTIUM CAPITAL LLC,

                          Plaintiff,

          -v-                                                    CIVIL ACTION NO.: 22 Civ. 7416 (SLC)

                                                                 **ORDER**

KATHRYN ALCAREZ,

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

          The parties' request for a six-month stay of all proceedings in this case (ECF No. 21) is

GRANTED.  By **April 4, 2023 and every 60 days thereafter**, the parties shall file a joint letter

reporting on the status of Defendant's compliance with their settlement agreement.

          The Clerk of Court is respectfully directed to close ECF No. 21.

Dated:        New York, New York
              February 3, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**