UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ascentium Capital LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Kathryn Alcarez,<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:22-cv-07416-SLC |

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST**

　　　　This case is before the Court for consideration of Regions Bank's Motion for Substitution of Real Party in Interest. Having read this motion, which Defendant Kathryn Alcarez consents to and does not oppose, the Court finds good cause to grant the relief requested by Regions Bank. Accordingly, the Court hereby orders as follows:

　　　　(1)　　Regions Bank, an Alabama state-chartered bank, is hereby substituted for Ascentium Capital LLC as the plaintiff in the above-captioned civil action.

　　　　(2)　　The case caption shall hereafter be amended to identify Regions Bank as the plaintiff, effective upon entry of this order.

　　　　(3)　　The Clerk of Court is authorized and directed to update the case docket accordingly.

　　　　(4)　　The Clerk of Court is respectfully directed to close ECF No. 25.

Dated: April 10, 2023

SO ORDERED,

_____
**Sarah L. Cave**
**United States Magistrate Judge**